UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vaad L'Hafotzas Sichos, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Kehot Publication Society, *a division of* Merkos L'Inyonei Chinuch, Inc., <br><br> Defendant. | NOTICE OF APPEARANCE <br><br> Civil Action No.: 10-CV-04976 (FB) (JO) |

### NOTICE OF APPEARANCE OF YUVAL H. MARCUS

To the Clerk of this court:

Kindly enter my appearance as counsel for Plaintiff, Vaad L'Hafotzas Sichos, Inc., in the above-captioned matter. Please add me to the CM/ECF service list for this matter using the below-recited email address.

Dated: September 13, 2011
White Plains, New York

Respectfully submitted,

*/s/ Yuval H. Marcus*

Yuval H. Marcus (YM 5348)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
Fax: (914) 288-0023
marcus@leasonellis.com

*Attorneys for Plaintiff*

{03511\606201-000\00148104.1}