| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 9/16/2011<br>9:30 a.m. |

*Vaad L'Hafotzas Sichos, Inc. v. Kehot Publication Society, et al.*, 10-CV-4976 (FB) (JO)

TYPE OF CONFERENCE:  Status

APPEARANCES:   Plaintiff    Yuval H. Marcus
                              Defendants   J. Christopher Jensen

SCHEDULING: The next pretrial conference will be held on January 5, 2012, at 9:30 a.m.

THE FOLLOWING RULINGS WERE MADE:

1. No later than September 19, 2011, the plaintiff will produce unredacted versions of the documents it has previously produced in redacted form.

2. No later than September 23, 2011, the defendants' counsel will serve a letter specifying the information his clients seek with respect to banking records. The plaintiff's counsel will produce the requested information or seek a protective order no later than September 30, 2011.

3. No later than September 23, 2011, the plaintiff will provide the defendants' counsel the name and address of the warehouse at which it has stored its inventory of books at issue in this litigation.

4. No later than September 26, 2011, the plaintiff will produce affidavits from persons with first-hand knowledge specifying in detail the nature of the plaintiff's record-keeping practices with respect to book sales.

5. No later than November 4, 2011, the plaintiff shall produce a supplemental discovery response based on its review of the boxes of materials described in the plaintiff's counsel's letter dated September 13, 2011. *See* Docket Entry 25 at 2. The supplement must provide responsive materials to each discovery request or, if the records are made available for inspection and copying rather than produced, provide an item-by-item list of the records responsive to each request together with a description of how each such record may be retrieved from the repository of documents.

SO ORDERED

/s/ James Orenstein
JAMES ORENSTEIN
U.S. Magistrate Judge